**ORIGINAL**

**FILED**

05/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0414

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0414

IN THE MATTER OF:

S.S,

A Youth in Need of Care.

FILED

MAY 24 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

On April 12, 2022, we issued an Opinion in the above-entitled action, affirming the District Court's findings, conclusions, and order and decree of guardianship granting permanent guardianship to S.S.'s maternal grandparents. On April 27, 2022, Mother filed a motion for an extension of time to file a petition for rehearing. Mother was represented by counsel on appeal; however, she indicated in her motion that she is also filing a claim for ineffective assistance of counsel. Based on that representation, we have discerned that Mother has discharged her counsel and is proceeding with her petition for rehearing pro se. Unless Mother advises us that she has retained counsel, we will consider her petition for rehearing filed on her own behalf.[1]

Upon consideration of Mother's motion for an extension of time, and good cause appearing therefore, Mother is granted until **June 23, 2022**, to prepare, serve, and file her petition for rehearing. Accordingly,

IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

The Clerk of Court is directed to mail copies of this Order to Mother and to all counsel of record.

---

[1] On April 27, 2022, Mother also filed a motion to proceed on appeal without paying the filing fee. Since there is no fee for filing of a petition for rehearing, we dismiss this motion as moot.

DATED this _____ day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices